CITY OF GARY *v.* PROTT ET AL.

[No. 26,000.   Filed March 4, 1931.]

*Fredrick C. Crumpacker, Edwin H. Friedrich, Harry Sharavsky* and *Jay E. Darlington,* for appellant.

*Gavit, Hall, Smith & Gavit,* for appellee.

PER CURIAM.—The question involved in this appeal is identical with that decided in *City of Gary* v. *Roper* (1931), *ante* 445, 175 N. E. 242, and upon the authority of that case, the judgment herein is reversed, and the cause is remanded with instructions to the trial court to dismiss appellee's amended complaint and for further proceedings under the original complaint as provided by §10569 Burns 1926.